# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Fredrick Miles Davis, | ) | Case No. 1:19-cr-201 |
| | ) | |
| Defendant. | ) | |

On December 6, 2020, the court issued an order releasing defendant to his residence in Wyoming pending final disposition of his matter. (Doc. No. 21). The order provided in relevant part that "[t]he defendant must appear in court as required and must surrender to serve any sentence imposed." (Id.).

Defendant is scheduled to appear in this district on January 7, 2021, for a plea and sentencing hearing. On January 4, 2021, he filed a Motion to Modify Conditions of Release. At the behest of the Pretrial Services office in Wyoming, he requests that the court to modify its previously order to clarify that he is permitted to travel from Wyoming to North Dakota for his hearing on January 7, 2021. As the court previously directed defendant to appear in this district as required, it would seem axiomatic that defendant would be permitted to return to North Dakota for his plea and sentencing. In any event, to assuage the concerns of the Pretrial Services Office in Wyoming, the court **GRANTS** defendant's motion (Doc. No. 40) and modifies defendant's release conditions to permit him to travel from Wyoming to North Dakota for court proceedings scheduled in North Dakota.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court